JPML FORM 1A

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 479 -- IN RE JAMES L. TREADWELL CONTRACT LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/08/07 | 1 | MOTION, BRIEF, SCHEDULE OF CASES, CERT. OF SVC. for transfer of cases for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 -- Defts. James L. Treadwell Co., James L. Treadwell, Elizabeth Treadwell, Frederick C. Galloway and Susan Galloway. (eaf) SUGGESTED TRANSFEREE DISTRICT: SUGGESTED TRANSFEREE JUDGE: (eaf) |
| 81/08/17 | | APPEARANCES: JAMES J. ROBINSON, ESQ. FOR Southern Industrial Machinery Co., Inc.; RICHARD S. WEBB, IV, ESQ. FOR Garrett Railroad Car and Equipment Inc.; and MICHAEL J. FLYNN, ESQ. FOR James L. Treadwell Co., James L. Treadwell, Elizabeth Treadwell, Frederick Clarke Golloway and Susan Galloway (cds) |
| 81/08/17 | 2 | RESPONSE -- Garrett Railroad Car & Equipment, Inc. -- w/cert. of service, and Exhibit A (cds) |
| 81/08/26 | | HEARING ORDER -- Setting motion of defendants for transfer of actions for hearing on Sep. 24, 1981 in Concord, N.H., Notified involved counsel, clerks & judges. (rew) |
| 81/08/27 | 3 | LETTER REQUESTING ACCEPTENCE TO FILE RESPONSE -- Signed by James Robinson for SIMCO -- GRANTED (cds) |
| 80/08/27 | 4 | RESPONSE -- Southern Industrial Machinery Co., Inc. (SIMCO) -- w/cert. of service (cds) |
| 81/09/18 | | WAIVER OF ORAL ARGUMENT: All parties waived (cds) |
| 81/10/13 | | ORDER DENYING TRANSFER -- Notified involved judges, clerks and counsel (ds) |

JPML Form 1
Revised: 8/78

DOCKET NO. 479 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE JAMES L. TREADWELL CONTRACT LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 9/24/81 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 10/13/81 | MO | Unpublished | §1407 DENIED | | |

Special Transferee Information

DATE CLOSED: 10/16/81

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 479 -- IN RE JAMES L. TREADWELL CONTRACT LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Southern Industrial Machinery Co., Inc. v. James L. Treadwell Co., Inc., et al. | N.D.Al. Clemon | CV-80-C-1073-S | | | | |
| A-2 | Garrett Railroad Car and Equipment Inc. v. James L. Treadwell, et al. | M.D.Fla. Carr | 81-198-Civ-T-GC | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 479 -- IN RE JAMES L. TREADWELL CONTRACT LITIGATION

---

SOUTHERN INDUSTRIAL MACHINERY
CO., INC. (A-1)
James J. Robinson, Esq.
1600 Bank for Savings Building
Birmingham, Alabama 35203

GARRETT RAILROAD CAR AND EQUIPMENT,
INC. (A-2)
Richard S. Webb, IV, Esq.
Duffey, Reese, Judd & Webb
2940 S. Tamiami Trial
Sarasota, FL 33579

JAMES L. TREADWELL COMPANY
JAMES L. TREADWELL
ELIZABETH TREADWELL
FREDERICK CLARKE GALLOWAY
SUSAN GALLOWAY
Michael J. Flynn, Esq.
Michael J. Flynn, Professional Corp.
660 Market Street, Suite 206
San Francisco, CA 94104

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 479 -- In re James L. Treadwell Contract Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| James L. Treadwell Co., Inc. | A-1 |
| Colorado Central Supply, Inc. | A-1 |
| James L. Treadwell | A-1, A-2 |
| Elizabeth Treadwell | A-1, A-2 |
| Frederick Clarke Galloway | A-1 |
| Susan Galloway | A-1 |
| | |
| | |
| | |
| | |
| | |